IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01773-PAB-NRN

JUSTIN A. JEFFERSON,

　　　　Plaintiff,

v.

MOSES ANDRE STANCIL, Director of the State of Colorado Department of Corrections,
CHRIS LOBANOV-ROSTOVSKY, Head of the Sex Offender Management Board,
AMANDA RETTING, Head Administrator of the Sex Offender Management Program,
SIOBHAN BARTLOW, Warden of Fremont Correctional Facility,
SHANNON FOLTZ, Therapist at Fremont Correctional Facility,
JAMES BAILEY, Therapist at Fremont Correctional Facility, and
J.R. HALL, Head of the Parole Board,

　　　　Defendants.

---

## FINAL JUDGMENT

---

　　　　In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

　　　　Pursuant to the Order [Docket No. 71] of Chief United States District Judge Philip A. Brimmer entered on March 20, 2025, it is

　　　　**ORDERED** that Report and Recommendation on CDOC Defendants' Motion to Dismiss Third Amended Complaint [Docket No. 65] is **ACCEPTED in part**.  It is further

　　　　**ORDERED** that defendants' Motion to Dismiss Third Amended Complaint [Docket No. 46] is **GRANTED**.  It is further

　　　　**ORDERED** that claim one of the third amended complaint is **DISMISSED without prejudice** against all defendants.  It is further

**ORDERED** that claim two of the third amended complaint is **DISMISSED with prejudice** against all defendants.  It is further

**ORDERED** that claim three of the third amended complaint is **DISMISSED with prejudice** against all defendants.  It is further

**ORDERED** that claim four of the third amended complaint is **DISMISSED with prejudice** against all defendants.  It is further

**ORDERED** that claim five of the third amended complaint is **DISMISSED with prejudice** against defendants Moses Andre Stancil, Chris Lobanov-Rostovsky, Amanda Retting, Siobhan Bartlow, Shannon Foltz, and James Bailey.  It is further

**ORDERED** that judgment shall enter in favor of defendants and against plaintiff. It is further

**ORDERED** that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is closed.

DATED: March 21, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK:
By:    *s/L. Galera*

Deputy Clerk